UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION

CIBELE MARSHALL,                                Case No.: 13-CV-00062-JES-SPC

    Plaintiff,

vs.

GC SERVICES, LP,

    Defendant.                    /

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE
## CLERK'S DEFAULT BE VACATED

All matters and things in dispute having been adjusted and settled between the Plaintiff and Defendant, GC SERVICES, LP, it is hereby

STIPULATED AND AGREED by the parties hereto that all claims between Plaintiff, CIBELE MARSHALL and Defendant, GC SERVICES, LP, asserted in this litigation, including claims for attorney's fees and costs, be dismissed with prejudice and that the clerk's default entered on March 12, 2013 [DE 12] be vacated.

                                          *s/Barbara Fernandez*
                                          Barbara Fernandez
                                          Florida Bar No. 0493767
                                          bfernandez@hinshawlaw.com
                                          HINSHAW & CULBERTSON LLP
                                          2525 Ponce de Leon Boulevard
                                          4th Floor
                                          Coral Gables, FL 33134
                                          Telephone: 305-358-7747
                                          Facsimile:  305-577-1063
                                          Attorneys for Defendant GC SERVICES, LP

14827496v1 1599

Case No.: 13-CV-00062-JES-SPC

## CERTIFICATE OF SERVICE

I hereby certify that on April 4, 2013, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Shireen Hormozdi, Esq.
Krohn & Moss, Ltd.
10474 Santa Monica Boulevard
Suite 401
Los Angeles, CA   90025
Tel:   323-988-2400  ext 267
Fax:   866-385-1408
Attorneys for Plaintiff
shormozdi@consumerlawcenter.com

*s/Barbara Fernandez*
Barbara Fernandez
Florida Bar No. 0493767
bfernandez@hinshawlaw.com
HINSHAW & CULBERTSON LLP
2525 Ponce de Leon Boulevard
4th Floor
Coral Gables, FL 33134
Telephone: 305-358-7747
Facsimile: 305-577-1063
Attorneys for Defendant GC SERVICES, LP