```
                    UNITED STATES DISTRICT COURT
                     MIDDLE DISTRICT OF FLORIDA
                         FORT MYERS DIVISION
```

CIBELE MARSHAL,

           Plaintiff,

vs.                                    Case No.   2:13-cv-62-FtM-29SPC

GC SERVICES, LP,

           Defendant.

_____

## ORDER

    This matter comes before the Court on plaintiff's Notice of Settlement (Doc. #15) indicating that settlement would be completed within 60 days, and the defaulted defendant's Joint Stipulation for Dismissal With Prejudice Clerk's Default Be Vacated (Doc. #16) filed on April 4, 2013.  Based on the filings, the Court will dismiss the case, vacate the Clerk's Entry of Default (Doc. #12), and deny the request for a default judgment as moot.

    Accordingly, it is hereby

    **ORDERED AND ADJUDGED:**

    1.  The Clerk's Entry of Default (Doc. #12) is **vacated**.  The Clerk shall make a notation on the docket sheet to reflect that it has been vacated.

    2.  The case is **DISMISSED** with prejudice.  The Clerk is directed to enter judgment accordingly and close the file.  The

Clerk is further directed to terminate all previously scheduled deadlines and pending motions.

**DONE AND ORDERED** at Fort Myers, Florida, this  5th  day of April, 2013.

_____
JOHN E. STEELE
United States District Judge

Copies:
Counsel of Record