UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

CIBELE MARSHALL,

    Plaintiff,                                CASE NO. 2:13-cv-00062-JES-SPC

    v.

GC SERVICES, LP,

    Defendant.
_____/

## NOTICE OF VOLUNTARY DISMISSAL

CIBELE MARSHALL (Plaintiff), by her attorneys, KROHN & MOSS, LTD., and pursuant to FRCP 41(a)(1)(A) (Dismissal of Actions—Voluntary Dismissal By Plaintiff Without Court Order) voluntarily dismisses, without prejudice, GC SERVICES, LP (Defendant), in this case.

RESPECTFULLY SUBMITTED,

By: /s/ Shireen Hormozdi
    Shireen Hormozdi, Esq.
    FBN: 882461
    KROHN & MOSS, LTD.
    10474 Santa Monica Blvd, Suite 405
    Los Angeles, CA 90025
    T: (323) 988-2400 ext. 230
    F: (866) 802-0021
    shormozdi@consumerlawcenter.com
    *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on April 26, 2013, I electronically filed the foregoing Notice of Voluntary Dismissal with the Clerk of the Court by using the CM/ECF System. A copy of said Notice was submitted to all parties by way of the Court's CM/ECF System

/s/ Shireen Hormozdi
Shireen Hormozdi
Attorney for Plaintiff